# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1139
_____

United States of America

*Plaintiff - Appellee*

v.

Lamonte Dior Dickens

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: October 16, 2023
Filed: November 13, 2023
[Unpublished]
_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

The district court[1] sentenced Lamonte Dickens to 46 months in prison after he pleaded guilty to being a felon in possession of a firearm. *See* 18 U.S.C. § 922(g)(1). He argues that the sentence is substantively unreasonable.

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

We conclude otherwise. *See United States v. Harris*, 960 F.3d 1103, 1106 (8th Cir. 2020) (reviewing for an abuse of discretion); *United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (stating that a within-Guidelines sentence is presumed reasonable). The record establishes that the district court sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc). In doing so, the court specifically discussed several mitigating factors, but ultimately placed greater weight on Dickens's criminal history and resistance to rehabilitation. There was no abuse of discretion, *see United States v. Keating*, 579 F.3d 891, 893–94 (8th Cir. 2009), so we affirm the judgment of the district court.

_____